IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFERY LANG WILSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO.  4:25-CV-00439-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| PRO TRUCK WRECKER SERVICE_0629109VSF, DESTINY GUNNELLS, AND PRINCIPLE(S); | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING CASE

On April 29, 2025, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management.  [Dkt. 9].  On June 9, 2025, Judge Hawthorn issued a Report and Recommendation [Dkt. 13], which recommended dismissing the case for want of prosecution.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 13] is ADOPTED.  Accordingly, the present action is DISMISSED.

**SIGNED this 10th day of July, 2025.**

Michael J. Truncale
United States District Judge